**Motion Granted; Order filed March 25, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00175-CV

_____

**J.M. ARPAD LAMELL, Appellant**

**V.**

**ONEWEST BANK, FSB, A FOREIGN CORPORATION, Appellee**

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2010-11491**

---

## ORDER

This is an appeal from a final judgment signed January 31, 2014. On March 20, 2014, appellant filed an unopposed motion to transfer the record from his previous appeal from the denial of his application for a temporary injunction to this appeal. We **GRANT** the motion and issue the following order:

We **ORDER** the record filed in our closed case docketed under number 14-12-00412-CV be transferred to and filed in this current appeal docketed under

number 14-14-00175-CV. Specifically, we order the following records filed in this appeal:

1 volume of Clerk's Record filed May 31, 2012;

1 volume of Supplemental Clerk's Record filed June 24, 2013;

7 volumes of Reporter's Record filed May 8, 2012

1 volume of Reporter's Record filed June 4, 2012; and

1 volume of Exhibits filed July 6, 2012.


PER CURIAM